IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff<br><br>VICTOR CANALES,<br>       Defendant | CRIMINAL DOCKET No.<br>7:23-cr-00523-1 |

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW **ARNULFO GUERRA** to give notice that he respectfully enters his appearance as counsel of record for Defendant VICTOR CANALES for all matters arising out of the above-styled and numbered criminal action.

Respectfully submitted,
**/S/**_____
**ARNULFO GUERRA**
1111 West Nolana Avenue
McAllen, Texas 78504
Ofc: 956-322-8767
Cell: 956-821-1114
Fax: 1-866-258-5624
Email: guerralaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that AUSA Patricia Cook Profit was served with a true and correct copy of the foregoing Notice of Entry of Appearance via the Official Court Electronic Document Filing System.

/S/_____
ARNULFO GUERRA