## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                              Case Number: 7:23−cr−00523

Victor Canales, Jr.

---

## Notice of Resetting

**A proceeding has been reset in this case as to Victor Canales, Jr. as set forth below.**

**BEFORE:**
**Judge Ricardo H Hinojosa**

**LOCATION:**
Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501
**DATE:** 8/14/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Sentencing

---

Date:   June 7, 2024                                              Nathan Ochsner, Clerk