United States District Court
Southern District of Texas
**ENTERED**
August 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:23-CR-523 |
| | § | |
| VICTOR CANALES, JR. | § | |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that this matter is set for sentencing on October 29, 2024, at 9:00 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED August 30, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge