United States District Court
Southern District of Texas
**ENTERED**
October 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:23-CR-523 |
| | § | |
| VICTOR CANALES, JR. | § | |

## ORDER

Came on to be considered Defendant's Opposed Motion To Continue Sentencing Hearing [Dkt. No. 48] along with the Government's response. After considering the matter, the Court is of the opinion that Defendant has had more than sufficient time to prepare for the sentencing hearing.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Motion To Continue is hereby **DENIED**, and this case remains set for October 29, 2024, at 9:00 a.m., before the Honorable Randy Crane.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED October 24, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge