United States District Court
Southern District of Texas
**ENTERED**
October 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:23-CR-523 |
| | § | |
| VICTOR CANALES, JR. | § | |

### ORDER ON MOTION FOR LEAVE TO FILE DEFENDANT'S
### LATE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

Came on to be considered Victor Canales, Jr.'s Motion for Leave to File Defendant's Late Objections to Pre-sentence Investigation Report [Dkt. No. 51], and the Court is of the opinion that it should be granted.

It is, THEREFORE, ORDERED and DECREED that the Motion for Leave to File Defendant's Late Objections to Pre-sentence Investigation Report is hereby GRANTED, and the Clerk shall file the objections tendered with the Motion for Leave.

SO ORDERED October 25, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge