# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

UNITED STATES OF AMERIA,
Plaintiff

v.                                                          CRIMINAL DOCKET NO.7:23-CR-00523-1

VICTOR CANALES
Defendant

### PROPOSED ORDER ON GILBERTO FALCON'S MOTION TO QUASH SUBPOENA

On this the _____ day of _____ 2024, came on to be considered Gilberto Falcon's Motion to Quash, and for good cause shown, said motion is hereby:

_____ **GRANTED** and Gilberto Falcon is not required to appear to Victor Canales' Sentencing Hearing.

_____ DENIED.

SIGNED on the _____ day of _____ 2024 in McAllen, Texas.

_____
**UNITED STATES CHIEF DISTRICT JUDGE**